# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-16142-ELF

LISA  NGUYEN

238 KESWICK AVE

GLENSIDE, PA 19038

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LISA  NGUYEN

    238 KESWICK AVE

    GLENSIDE, PA 19038

Counsel for debtor(s), by electronic notice only.

    GERALD R CLARKE
    119 S EASTERN RD
    SUITE 207
    GLENNSIDE, PA 19038

Date: 12/21/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee