**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 17-16142 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2017, copies of the foregoing Objection to Motion for Relief from the Automatic Stay filed by Mark Knouse, Lynn Brinker and Lim Beidler was filed via the Electronic Filing System and therefore was served to the Moving Party.

Date:  December 27, 2017                    /s/ Gerald R Clarke
                                            Gerald R Clarke (PA No. 86236)
                                            119 S Easton Road, Suite 207
                                            Glenside, PA 19038
                                            Telephone Number: 215-572-0530