# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**LISA NGUYEN,**<br><br>　　　　　**Debtor.** | Chapter 13<br><br>Case No. 17-16142 (ELF) |

## ORDER

Upon consideration of the Movants' Motion for an Order Authorizing an Examination of Lisa Nguyen and Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion") and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** by default; and it is further

**ORDERED** that Lisa Nguyen must attend an examination and produce the documents listed in Movants' Exhibit A of their Motion (except for the bankruptcy schedules and statements), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, at 1500 Walnut St., Ste. 900, Philadelphia, PA 19102, within ten (10) days of the date of this order, or at such other date or time as the parties agree.

Dated: 1/2/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**