United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16142-elf
Lisa Nguyen                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR          Page 1 of 1           Date Rcvd: Jan 02, 2018
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db             +Lisa Nguyen,   238 Keswick Avenue,   Glenside, PA 19038-4804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
      GERALD R CLARKE    on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
       clarkeandassoc@yahoo.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
       jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
       michael.vagnoni@obermayer.com,   michele.emory@obermayer.com;Lucille.acello@obermayer.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      THOMAS DANIEL BIELLI    on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
       cstephenson@bk-legal.com;acarrillo@bk-legal.com
      THOMAS DANIEL BIELLI    on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
       cstephenson@bk-legal.com;acarrillo@bk-legal.com
      THOMAS DANIEL BIELLI    on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
       cstephenson@bk-legal.com;acarrillo@bk-legal.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 17-16142 ELF |
| LISA NGUYEN | : | |
|     Debtor | : | Chapter No. 13 |
| | : | |
| MARK KNOUSE | : | |
| LYNN BRINKER | : | |
| KIM BEIDLER | : | |
|     Movants | : | 11 U.S.C. § 362 |
| v. | : | |
| LISA NGUYEN | : | |
|     Respondent | : | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

**AND NOW**, this 2nd day of January 2017, at **PHILADELPHIA**, upon consideration of *Motion of Mark Knouse, Lynn Brinker, and Kim Beidler for Relief from Automatic Stay Under § 362 Pursuant to Bankruptcy Procedure Rule 4001* (the "Motion"), it is:

**ORDERED** that Movants shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 is granted with respect to 238 Keswick Avenue, Glenside, PA 19038 (the "<u>Property</u>") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Property), as to allow Movants, its successors or assignees, to proceed under their rights under the terms of said Mortgage; and it is further;

~~**ORDERED** that Rule 4001(a)(3) is not applicable and Movants may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;~~

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to the Movants, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**