United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Nguyen  
    Debtor

Case No. 17-16142-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: DonnaR　　　Page 1 of 1　　　Date Rcvd: Jan 02, 2018  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.  
db　　　　　+Lisa Nguyen,　238 Keswick Avenue,　Glenside, PA 19038-4804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:  
　　　　GERALD R CLARKE　　on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com, clarkeandassoc@yahoo.com  
　　　　JAMES RANDOLPH WOOD　　on behalf of Creditor　Abington School District and Township of Abington jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
　　　　MICHAEL D. VAGNONI　　on behalf of Creditor　Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com  
　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
　　　　THOMAS DANIEL BIELLI　　on behalf of Creditor Kim Beidler tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
　　　　THOMAS DANIEL BIELLI　　on behalf of Creditor Lynn Brinker tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
　　　　THOMAS DANIEL BIELLI　　on behalf of Creditor Mark Knouse tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**LISA NGUYEN,**<br><br>　　　　　**Debtor.** | Chapter 13<br><br>Case No. 17-16142 (ELF) |
|---|---|

## ORDER

Upon consideration of the Movants' Motion for an Order Authorizing an Examination of Lisa Nguyen and Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion") and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** by default; and it is further

**ORDERED** that Lisa Nguyen must attend an examination and produce the documents listed in Movants' Exhibit A of their Motion (except for the bankruptcy schedules and statements), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, at 1500 Walnut St., Ste. 900, Philadelphia, PA 19102, within ten (10) days of the date of this order, or at such other date or time as the parties agree.

Dated: 1/2/18

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**