## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA  NGUYEN                                Chapter 13


                          Debtor            Bankruptcy No. 17-16142-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____4th_____ day of _____April_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                          Eric L. Frank
                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GERALD R CLARKE
119 S EASTERN RD
SUITE 207
GLENNSIDE, PA 19038


Debtor:
LISA  NGUYEN

238 KESWICK AVE

GLENSIDE, PA 19038