United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16142-elf
Lisa Nguyen                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore         Page 1 of 2          Date Rcvd: Apr 04, 2018
                             Form ID: pdf900          Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
```
db          +Lisa Nguyen,   238 Keswick Avenue,   Glenside, PA 19038-4804
cr          +Abington School District and Township of Abington,   c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,   Norristown, PA 19404-3020
cr          +Montgomery County Tax Claim Bureau,   c/o Michael D. Vagnoni, Esquire,
             Centre Square West, Suite 3400,   1500 Market Street,   Philadelphia, PA 19102-2100
13984006    +Abington Memorial Hospital,   1200 Old York Road,   Abington, PA 19001-3788
14020003    +Abington School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020
14058828     American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14005084     Berkheimer Assoc-Agt Abington SD Abington Twsp,   C/O David R. Gordon, Esq.,   1883 Jory Road,
             Pen Argyl, PA 18072
13983990    +Berkheimer HAB-EIT,   PO Box 25160,   Lehigh Valley, PA 18002-5160
13983998    +Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
13983996    +Brand Source/Citi CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
13984007    +Building Inspectors and Contractors Inc,   3003 Mt. Carmel Avenue,   Glenside, PA 19038-1633
13984000    +CCs/First National Bank,   500 E. 60th Street N,   Sioux Falls, SD 57104-0478
13983991    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13983987    +Capital One Auto Finance,   PO Box 259407,   Plano, TX 75025-9407
14035914     Citibank, N.A.,   c/o Quantum3 Group LLC,   PO Box 280,   Kirkland, WA  98083-0280
13983992    +Commenity Bank/Victorias Secret,   PO Box 182789,   Columbus, OH 43218-2789
13983994    +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
13984005    +Great Lakes Higher Education,   PO Box 7860,   Madison, WI 53707-7860
14020856    +James R. Wood, Esquire,   Portnoff Law Associates, Ltd.,   2700 Horizon Drive, Suite 100,
             King of Prussia, PA 19406-2726
13983986    +Mark Knouse,   3634 Sturbridge Place,   Allentown, PA 18104-1770
14035158    +Mark Knouse, Kim Beidler, Lynn Brinker,   c/o Thomas D. Bielli, Esq.,   Bielli & Klauder, LLC,
             1500 Walnut St., Ste. 1500,   Philadelphia, PA 19102-3500
13983980    +Montgomery County Tax Claim Bureau,   c/o Michael D. Vagnoni, Esquire,
             ORMH; Centre Square West,   1500 Market Street, Suite 3400,   Philadelphia, PA 19102-2100
13983988    +Montgomery County Tax Claim Bureau,   One Montgomery Plaza, Suite 600,
             Norristown, PA 19401-4851
13984008     Office Max/Office Depot,   6600 N Military Trl (Clint Moore Road),   Boca Raton, FL 33496
13983989    +Portnoff Law Associates,   2700 Horizon Drive, Suite 100,   King of Prussia, PA 19406-2726
13983999    +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
14020004    +Township of Abington,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020
14001276    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13984001    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   PO Box 108,   St. Louis, MO 63166)
14052655     US DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
13983995    +Verizon Wireless,   PO Box 650051,   Dallas, TX 75265-0051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:35     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:04
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 05 2018 02:01:42
             Capital One Auto Finance, a division of Capital On,   Ascension Capital Group,
             P.O. Box 165028,   Irving, TX 75016-5028
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 05 2018 02:01:42
             Capital One Auto Finance, a divison of Capital One,   4515 N Santa Fe Ave. Dept APS,
             Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:59     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14003442    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 05 2018 02:01:42
             Capital One Auto Finance, c/o AIS Portfolio Servic,   P.O. Box 165028,   Irving, TX 75016-5028
13983993    +E-mail/PDF: creditonebknotifications@resurgent.com Apr 05 2018 01:54:22     Credit One Bank,
             PO Box 98873,   Las Vegas, NV 89193-8873
14060510     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2018 01:53:42
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14060474     E-mail/Text: bkr@cardworks.com Apr 05 2018 01:54:51     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13984002    +E-mail/Text: bkr@cardworks.com Apr 05 2018 01:54:51     Merrick Bank Corp,
             10705 S. Jordan Gtwy, Ste 200,   South Jordan, UT 84095-3977
14030619     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:53:36
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13981210    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:52:57
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2              Date Rcvd: Apr 04, 2018
                             Form ID: pdf900           Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14026890        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 05 2018 01:55:26       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14057364         E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2018 01:54:58
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13984003        +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:57       Sync/Paypal Smart Conn,
                 PO Box 965005,   Orlando, Fl 32896-5005
13984004        +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:58       Synchrony Bank/Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
14028972         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2018 02:01:29       Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                        TOTAL: 18


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13983997*       +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          GERALD R CLARKE    on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
           clarkeandassoc@yahoo.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
           jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          THOMAS DANIEL BIELLI    on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA  NGUYEN                                    Chapter 13

                    Debtor                    Bankruptcy No. 17-16142-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____4th____ day of _____April_____, 201 8, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Eric L. Frank
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GERALD R CLARKE
119 S EASTERN RD
SUITE 207
GLENNSIDE, PA 19038


Debtor:
LISA  NGUYEN

238 KESWICK AVE

GLENSIDE, PA 19038